946

SEPTEMBER 9, 1981

No. A–218. KOCH, MAYOR OF NEW YORK CITY, ET AL. *v.* HERRON ET AL. Application to stay enforcement of the order filed with the Clerk of the United States District Court for the Southern District of New York on September 8, 1981, presented to JUSTICE MARSHALL, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

SEPTEMBER 12, 1981

No. 80–1946. CITY OF PENSACOLA, FLORIDA, ET AL. *v.* JENKINS ET AL. Appeal from C. A. 5th Cir.; and

No. 80–1962. JENKINS ET AL. *v.* CITY OF PENSACOLA, FLORIDA, ET AL. C. A. 5th Cir. Jurisdictional statement in No. 80–1946 and petition for writ of certiorari in No. 80–1962 dismissed under this Court's Rule 53. Reported below: No. 80–1946, 638 F. 2d 1239; No. 80–1962, 638 F. 2d 1249.

SEPTEMBER 16, 1981

No. 80–2062. ALPHA PORTLAND INDUSTRIES, INC., ET AL. *v.* CALIFORNIA ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.2 (c).

SEPTEMBER 21, 1981

No. 80–2091. INDIANA *v.* CHERRY. Sup. Ct. Ind. Certiorari dismissed under this Court's Rule 53.